RIMÔN, P.C.
Ivan L. Tjoe (SBN 203420)
ivan.tjoe@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Telephone:      (213) 314-2938
Mobile:          (213) 447-2424

RIMÔN, P.C.
Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Ave., Suite 250
Menlo Park, California  94025
Telephone:      (650) 382-4546

Attorneys for Plaintiff HON HAI PRECISION
INDUSTRY CO., LTD.

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TONAL SYSTEMS, INC, a Delaware Corporation; and DOES 1 Through 25, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-07341-TLT<br><br>**STATUS REPORT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION TO APRIL 24, 2023**<br><br>(Civil L.R. 6-2(d); 7-12)<br><br>Date Filed: November 22, 2022<br><br>Trial Date: None set |

RIMÔN, P.C.
A Professional Corporation
Los Angeles

## STATUS REPORT AND JOINT STIPULATION

Plaintiff **HON HAI PRECISION INDUSTRY CO., LTD.** ("Plaintiff") and Defendant **TONAL SYSTEMS, INC.** ("Defendant") jointly submit this status report and stipulate as follows:

**WHEREAS**, on March 30, 2023, the parties entered into and fully executed a written Settlement and Mutual Release Agreement (the "Settlement Agreement");

**WHEREAS**, the parties are jointly working toward satisfying certain conditions required by the Settlement Agreement;

**WHEREAS,** the parties anticipate that by April 18, 2023, they will be in a position to submit a joint stipulation for voluntary dismissal of the complaint, the counter-claim, but request the Court to retain jurisdiction to enforce the Settlement Agreement;

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to stay the entire action including the hearing for Plaintiff's Application for Right to Attach Order and Writ of Attachment scheduled for April 18, 2023, and the associated deadlines to **April 24, 2023,** so the parties may focus their efforts on satisfying certain conditions required by the Settlement Agreement.

## IT IS THEREFORE STIPULATED THAT:

The entire action including the hearing for Plaintiff's Application for Right to Attach Order and Writ of Attachment scheduled for April 18, 2023, shall be stayed, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California, until **April 24, 2023**, or a date thereafter that is convenient for the Court.

RIMÔN, P.C.
A Professional Corporation
Los Angeles

Dated:  April 5, 2023                                        RIMÔN, P.C.

                                                            By: _____
                                                                Ivan L. Tjoe
                                                                Attorneys for Plaintiff HON HAI PRECISION
                                                                INDUSTRY CO., LTD.


Dated:  April 5, 2023                                        MORRISON & FOERSTER LLP


                                                            By: /s/ *Christin Hill*
                                                                CHRISTIN HILL (SBN 247522)
                                                                chill@mofo.com
                                                                425 Market Street
                                                                San Francisco, California  94105-1905
                                                                Telephone: 415.268.7000
                                                                Facsimile: 415.268.7522

                                                                Attorneys for Defendant TONAL SYSTEMS,
                                                                INC.

JOINT STIPULATION TO STAY ACTION TO APRIL 24, 2023
CASE NO. 3:22-cv-07341-TLT

RIMÔN, P.C.
A Professional Corporation
Los Angeles

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. TRINA L. THOMPSON

RIMÔN , P.C.
A Professional Corporation
Los Angeles

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIMÔN, P.C.
A Professional Corporation
Los Angeles

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

Dated: April 5, 2023

_____

Ivan L. Tjoe

**JOINT STIPULATION TO STAY ACTION TO APRIL 24, 2023**
CASE NO. 3:22-cv-07341-TLT

RIMÔN, P.C.
Ivan L. Tjoe (SBN 203420)
ivan.tjoe@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Telephone:     (213) 314-2938
Mobile:           (213) 447-2424

RIMÔN, P.C.
Zheng Liu (SBN 229311)
zheng.liu@rimonlaw.com
800 Oak Grove Ave., Suite 250
Menlo Park, California  94025
Telephone:     (650) 382-4546

Attorneys for Plaintiff HON HAI PRECISION
INDUSTRY CO., LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TONAL SYSTEMS, INC, a Delaware Corporation; and DOES 1 Through 25, inclusive,<br><br>        Defendants. | Case No.:  3:22-cv-07341-TLT<br><br>**PROOF OF SERVICE** |

RIMÔN, P.C.
A Professional Corporation
Los Angeles

## PROOF OF SERVICE

I, Kully Kaur, am over the age of 18 and not a party to this action.  My place of business is 800 Oak Grove Ave, Suite 250, Menlo Park, CA 94025.  On April 6, 2023, I served the following attached document(s):

**1.      STATUS REPORT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION TO APRIL 24, 2023**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| ☒ | **BY ELECTRONIC COURT FILING.**  I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |

The following party was served the above-referenced document(s):

**Michael Burshteyn**
**Christin J. Hill**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7663
(415) 268-7522 (fax)
mburshteyn@mofo.com
chill@mofo.com

**Attorneys for Tonal Systems, Inc.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  April 6, 2023                    */s/Kully Kaur*
                                                    Kully Kaur, Paralegal