CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
MORGAN MITRUKA (CA SBN 346009)
MMitruka@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TONAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TONAL SYSTEMS, INC.,<br><br>Defendant. | Case No.: 3:22-cv-07341-TLT<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Trina L. Thompson |

|   |   |
|---|---|
| 1 | This Joint Stipulation for Dismissal with Prejudice ("Stipulation") is entered into by and between Plaintiff Hon Hai Precision Industry Co., Ltd. ("Plaintiff") and Defendant Tonal Systems, Inc. ("Defendant") (collectively, the "Parties). The Parties hereby stipulate and agree to the following: |

1. WHEREAS, on March 30, 2023, the Parties entered into a confidential Settlement and Mutual Release Agreement ("Agreement") to resolve the Complaint Plaintiff filed on November 22, 2022; and

2. WHEREAS, pursuant to the Agreement, the Parties have agreed to jointly request the Court to issue an Order dismissing all of Plaintiff's claims and Defendant's counterclaims with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff are dismissed with prejudice, but the Court expressly reserves jurisdiction to enforce the Agreement.

DATED: April 21, 2023          MORRISON & FOERSTER LLP

By: __/s/ Christin Hill__
         CHRISTIN HILL

*Attorneys for Defendant Tonal Systems, Inc.*

DATED: April 21, 2023          RIMÔN, P.C.

By: __/s/ Ivan L. Tjoe__
         IVAN L. TJOE

*Attorneys for Plaintiff Hon Hai Precision Industry Co., Ltd.*

**ECF ATTESTATION**

I, Christin Hill, am the ECF User whose ID and password are being used to file this **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**. In compliance with Civil Local Rule 5-1(i), I hereby attest that all of the signatories listed above have concurred in this filing.

Dated: April 21, 2023

*/s/ Christin Hill*
CHRISTIN HILL

# [PROPOSED] ORDER OF DISMISSAL

NOW THEREFORE, pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED as follows:

1. Plaintiff Hon Hai Precision Industry Co., Ltd.'s Complaint, filed November 22, 2022, is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees with respect to this claim for relief.

2. Defendant Tonal Systems, Inc.'s counterclaims against Plaintiff are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees with respect to this claim for relief.

3. ~~This Court retains jurisdiction to enforce the confidential March 30, 2023 Settlement and Mutual Release Agreement ("Agreement") entered into by Plaintiff and Defendant.~~ At the Court's discretion, and by the parties' request, the Court retains jurisdiction of the settlement agreement for a period of 60 days from the date the agreement was executed. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

Dated: April __24__, 2023

_____
HONORABLE TRINA L. THOMPSON
United States District Court Judge